# *SAMUEL E. DE LA ROSA ORTIZ*
## ATTORNEY AT LAW

P.O. BOX 193617  
SAN JUAN, P.R. 00919-3617  
Email: lcdo.delarosa@gmail.com

TEL. 787-727-0020  
787-726-2590

February 12, 2026

U.S. Department of Homeland Security  
U.S. Citizenship and Immigration Services

Sent to USCIS Electronic Account

**RE: URGENT REQUEST FOR EXPEDITED ADJUDICATION OF PENDING FORM I-130**

**Petitioner:** Amy Ng  
**Beneficiary (Respondent):** Roberto Cen Mo  
**A-Number:** A240-396-953  
**Case Type:** Form I-130, Petition for Alien Relative  
**Receipt Number:** IOE9245449070  
**Priority Date:** June 7, 2025  
**Next Hearing Date:** May 27, 2026  
**Court Location:** Immigration Court in Guaynabo, Puerto Rico

Dear USCIS Field Office Director,

I represent **Roberto Cen Mo** in his immigration matters. This letter is an urgent request for the expedited adjudication of the pending Form I-130, Petition for Alien Relative, filed on his behalf.

### Urgency and Grounds for Expedited Request

Mr. Cen Mo is currently in removal proceedings before the Immigration Court in Guaynabo, Puerto Rico, with a critical hearing scheduled in 60 days. The Form I-130 was filed on June 7, 2025, and remains pending.

The adjudication of this petition is central to Mr. Cen Mo's ability to seek legal relief from removal. If the petition is not adjudicated prior to the upcoming court date, the respondent faces a high risk of being ordered removed from the United States to Panama. Such an outcome would result in a permanent and unnecessary separation of a family unit that is otherwise eligible for a legal pathway to remain in the United States.

### Request for Coordination

We respectfully request that USCIS expedite the processing of this case to ensure that an adjudication is reached before the scheduled hearing. We also request that USCIS coordinate

with the ICE Office of Chief Counsel (OCC) in Guaynabo to ensure the A-file is available for the necessary review.

Approval of this petition will provide the Immigration Court with the necessary basis to resolve this matter efficiently, saving significant government resources and preventing the irreparable harm of removal for an individual with a pending basis for status.

Thank you for your immediate attention to this time-sensitive matter.

Sincerely,

Samuel E. De La Rosa Ortiz, Esq.

Counsel for Roberto Cen Mo