IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AMY NG and ROBERTO CEN MO<br><br>**PLANTIFFS**<br><br>v.<br><br><br>US. CITIZENSHIP AND IMMIGRATION SERVICES; **NATALIA FIGUEROA** in her official capacity as Field Office Director, San Juan Field Office, U.S. Citizenship, and Immigration Services; **KIKA SCOTT**, in her official capacity as Acting Director, District 9 - Miami District Office, U.S. Citizenship and Immigration Services; U.S. Citizenship and Immigration Services. **HON. JOSEPH EDLOW**, in his official capacity as Director, U.S. Citizenship and Immigration Services; and **HON. KRISTI NOEM** in her official capacity as the Secretary of the U.S. Department of Homeland Security,<br><br>**DEFENDANTS**, | Case No.:26-1127 |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND EXPEDITED PRELIMINARY INJUNCTION AND REQUEST AN IMMEDIATE HEARING**

TO THE HONORABLE COURT:

COMES NOW, Plaintiffs AMY NG and ROBERTO CEN MO by and through their undersigned counsel, hereby move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rules 65 for a temporary restraining order and/or expedited preliminary injunction ordering the defendant to adjudicate Plaintiff's Form I-130 (Petition for Alien Relative)

Plaintiffs summit that they meet the standards for a preliminary injunction, i.e.,: "(1) a substantial likelihood of success on the merits, (2) a significant risk of irreparable harm if the injunction is withheld, (3) a favorable balance of hardships, and (4) a fit (or lack of friction) between the injunction and the public interest." Nieves-Márquez v. Puerto Rico, 353 F.3d 108, 120 (1st Cir. 2003); see also Lanier Prof'l Servs., Inc. v. Ricci, 192 F.3d 1, 3 (1st Cir. 1999).

Plaintiffs have an Immigration Court hearing on March 22, 2026, in which they must identify all immigration reliefs available to them. (*Attachment 1*) Mr. Cen Mo has a pending I-130 with the defendants, since June 7, 2025, 2025, **that if it is adjudicated before March 22, 2026,** makes the Plaintiff eligible to request the adjustment of status before the immigration court.

It was the defendants that placed Mr. Cen Mo in removal proceedings, it was the Defendants who accept payment for the Adjudication of the I-130, and it is the defendants who are withholding the adjudication of the I-130 after March 22, 2026, so that he Plaintiffs are unable to file for adjustment of status, before the Immigration Court.

If this Defendant's actions are not enjoined, Plaintiffs and others similarly situated, will suffer immediate and irreparable harm by being subjected to arrest, detention and deportation. The balance of equities and the public interest strongly favor Plaintiffs, and the irreparable injuries they face far outweigh any burden on Defendants.

Plaintiffs will suffer irreparable injuries should the unlawful withholding of the adjudication of the I-130 is allowed to stand. Given those imminent and irreparable injuries, Plaintiffs request that the Court **set an immediate hearing.**

Wherefore, for the reasons set forth, Plaintiffs respectfully request that this Motion for Temporary Restraining Order & Expedited Preliminary Injunction be granted without security. Plaintiffs further request the Court set an expedited hearing given the significant and irreparable harm they face today.

RESPECTFULLY SUBMITTED.

In Santurce, Puerto Rico, March 4, 2026.

S/RAYMOND L. SANCHEZ-MACEIRA
USDC: 211405
PO BOX 191972
SAN JUAN, PR 00919
TEl 721-3370/ FAX 721-4706
sanchezlaw264@gmail.com