VR 115 250M (2-95) P.O. NO. M513937

DOCUMENT NO. F 954880

# THE CITY OF NEW YORK
## DEPARTMENT OF HEALTH
### VITAL RECORDS
## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Bureau of Vital Records, Department of Health, City of New York.

**DATE OF BIRTH:** NOVEMBER 11, 1993

**CERTIFICATE NO.:** 156-93-115675

**BOROUGH:** MANHATTAN

**DATE FILED:** 11-23-93

**DATE ISSUED:** 05-15-95

**NAME:** AMY NG ***

**SEX:** FEMALE

**MOTHER'S MAIDEN NAME:** ZHONG YI WU

**FATHER'S NAME:** LIN PING NG



*Earlene Price*
EARLENE PRICE
CITY REGISTRAR

Do not accept this transcript unless it bears the raised seal of the Department of Health. The reproduction or alteration of this certification is prohibited by Section 3.21 of the New York City Health Code.