# GOVERNMENT OF PUERTO RICO

## DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
### (DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

## CERTIFICACION DE MATRIMONIO
### (CERTIFICATION OF MARRIAGE)

NUMERO A2083215

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2025-00049-001750-2602683-02133546

NOMBRE DEL CONTRAYENTE A (NAME)
AMY NG

FECHA NACIMIENTO (BIRTHDATE)      EDAD (AGE)
11 NOV 1993                       31

LUGAR NACIMIENTO (BIRTHPLACE)
NEW YORK, ESTADOS UNIDOS

NOMBRE DEL PADRE (FATHER'S NAME)        NOMBRE DE LA MADRE (MOTHER'S NAME)
LIN PING NG                             ZHONG YI WU

NOMBRE DEL CONTRAYENTE B (NAME)
ROBERTO CEN MO

FECHA NACIMIENTO (BIRTHDATE)      EDAD (AGE)
28 MAY 1994                       30

LUGAR NACIMIENTO (BIRTHPLACE)
PANAMA

NOMBRE DEL PADRE (FATHER'S NAME)        NOMBRE DE LA MADRE (MOTHER'S NAME)
PING CHONG CEN                          XIAO LING MO

LUGAR DE CELEBRACION (CELEBRATION PLACE)
HUMACAO, PUERTO RICO

FECHAS (DATES): CELEBRACION (CELEBRATION)    INSCRIPCION (REGISTRATION)
                01 MAR 2025                  06 MAR 2025

CELEBRANTE (OFFICIANT)               NOMBRE DEL CELEBRANTE (OFFICIANT NAME)
MINISTRO (REVEREND)                  EDWARD ROGER LLUBERES NOVA

FECHA EXPEDICION (DATE ISSUED)
24 MAR 2025

*********************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE MATRIMONIO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931.

THIS IS AN ABSTRACT OF THE RECORD FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931.

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

033 Certificaciones
Pago / Paid

Sello



5120
03/24/2025
$10.00
Sello de Rentas Internas
00000-2025-0324-78692013

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

Rev. 06/2020