

# Get Most Recent I-94

Get your most recent I-94 form to prove your legal visitor status in the United States

## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94 Public Website and click on the tab for "Get Most Recent I-94" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94 printout matches the "Get Most Recent I-94" returned results for this applicant. I-94 FAQs: (https://i94.cbp.dhs.gov/I94/#/faq)

**Admission I-94 Record Number:** 905862403A2
**Arrival/Issued Date:** 2022 June 27
**Class of Admission:** B2
**Admit Until Date:** 2022 December 26

Details provided on the I-94 Information form:

**Last/Surname:** CEN MO
**First (Given) Name:** ROBERTO
**Birth Date:** 1994 May 28
**Document Number:** PA1047303
**Country of Citizenship:** Panama

Edit Search                                     GET THIS TRAVELER'S TRAVEL HISTORY

Need Help?

Print

3