IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AMY NG and ROBERTO CEN MO<br><br>**PLANTIFFS**<br><br>v.<br><br><br>US. CITIZENSHIP AND IMMIGRATION SERVICES; **NATALIA FIGUEROA** in her official capacity as Field Office Director, San Juan Field Office, U.S. Citizenship, and Immigration Services; **KIKA SCOTT**, in her official capacity as Acting Director, District 9 - Miami District Office, U.S. Citizenship and Immigration Services; U.S. Citizenship and Immigration Services. **HON. JOSEPH EDLOW**, in his official capacity as Director, U.S. Citizenship and Immigration Services; and **HON. KRISTI NOEM** in her official capacity as the Secretary of the U.S. Department of Homeland Security,<br><br>**DEFENDANTS**, | Case No.: 26-1127 |

MOTION SUBMITTING SUMMON EXECUTED

TO THE HONORABLE COURT:

COMES NOW the Plaintiff through the counsel and respectfully states and prays as follows:

1. Attached to the present motion are the summons executed today to United States. (Attachments 1)

**WHEREFORE**, the Plaintiff respectfully requests this Court to acknowledge this Motion.

In San Juan, Puerto Rico, January 19, 2026

Page 1

RESPECTFULLY SUBMITTED,

s/ RAYMOND L. SÁNCHEZ MACEIRA
USDC: 211405
COUNSEL FOR PETITIONER
PO BOX 191972
SAN JUAN, PR 00919
TEL. 721-3370/FAX 721-4706
sanchezlaw264@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on March 11, 2026, I electronically filed the foregoing with the clerk of the court using CM/ECF system which will send notification of such filing to the following: To All parties of record.

In San Juan P.R. March 11, 2026.

S/RAYMOND L. SANCHEZ-MACEIRA
USDC NO. 211405
PO BOX 191972
SAN JUAN, PR 00919
Tel. 787-721-3370/ FAX 787-751-6697