## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

AMY NG and ROBERTO CEN MO )
)
**PLANTIFFS** )
)
v. )
)
)
)
US. CITIZENSHIP AND IMMIGRATION )    Case No.: 26-1127(RAM)
SERVICES; **NATALIA FIGUEROA** in her )
official capacity as Field Office Director, San )
Juan Field Office, U.S. Citizenship, and )
Immigration Services; **KIKA SCOTT**, in her )
official capacity as Acting Director, District )
9 - Miami District Office, U.S. Citizenship )
and Immigration Services; U.S. Citizenship )
and Immigration Services. **HON. JOSEPH** )
**EDLOW**, in his official capacity as Director, )
U.S. Citizenship and Immigration Services; )
and **HON. KRISTI NOEM** in her official )
capacity as the Secretary of the U.S. )
Department of Homeland Security, )
)
**DEFENDANTS**, )
)

### NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(A)(1)(A)(I)

TO THE HONORABLE COURT:

COMES NOW the Plaintiff through the counsel and respectfully states and prays as follows:

1. Plaintiffs have advised counsel that after the filing if this case, USCIS has notified them that they are scheduled to appear for an interview with USCIS on April 8, 2026, at 12:45PM, to adjudicate the I-130.

2. Also, in light of the pending USCIS interview, the Immigration Judge has extended the time to file all remedies for May 8, 2026. **(Attachment 1)**

3.      Plaintiff have obtained the relief they were seeking in his case.

4.      Plaintiffs respecfully request the dismissal of the instant action under Fed. R. Civ. P. 41(A)(1)(A)(I).

**WHEREFORE,** the Petitioner respectfully requests this Court to acknowledge this Motion and to Dismiss the case under Fed. R. Civ. P. 41(A)(1)(A)(I).

In San Juan, Puerto Rico, January 19, 2026

RESPECTFULLY SUBMITTED,

s/ RAYMOND L. SÁNCHEZ MACEIRA
USDC: 211405
COUNSEL FOR PETITIONER
PO BOX 191972
SAN JUAN, PR 00919
TEL. 721-3370/FAX 721-4706
sanchezlaw264@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on March 17, 2026, I electronically filed the foregoing with the clerk of the court using CM/ECF system which will send notification of such filing to the following: To All parties of record.

In San Juan P.R. March 17, 2026.

S/RAYMOND L. SANCHEZ-MACEIRA
USDC NO. 211405
PO BOX 191972
SAN JUAN, PR 00919
Tel. 787-721-3370/ FAX 787-751-6697