

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**GUAYNABO (SAN JUAN) IMMIGRATION COURT**

Respondent Name:

  CEN MO, ROBERTO

To:

  DE LA ROSA, SAMUEL
  P.O. BOX 193617
  SAN JUAN, PR 00919-3617

A-Number:
240-396-953
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
03/11/2026

☐ Unable to forward - no address provided.

☐ Attached is a copy of the **decision of the Immigration Judge.** This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:

        Board of Immigration Appeals
        Office of the Clerk
        P.O. Box 8530
        Falls Church, VA 22041

☐ Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242B(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252B(c)(3) in deportation proceedings or section 240(b)(5)(c), 8 U.S.C. § 1229a(b)(5)(c) in removal proceedings. If you file a motion to reopen, your motion must be filed with this court:

        Immigration Court

☐ Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available.

☐ Attached is a copy of the decision of the immigration judge relating to a **Credible Fear Review.** This is a final order. No appeal is available.

☑ Other:

IJ ORDER-MOTION FOR EXTENSION OF TIME TO FILE A DOCUMENT.

Date: 03/11/2026

Immigration Judge: Elvin R. Talavera-Peraza 03/11/2026

### Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : CEN MO, ROBERTO | A-Number : 240-396-953

Riders:

Date: 03/12/2026 By: Arroyo, Kevin, Court Staff



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**GUAYNABO (SAN JUAN) IMMIGRATION**
**COURT**

Respondent Name:

  CEN MO, ROBERTO

To:

  DE LA ROSA, SAMUEL
  P.O. BOX 193617
  SAN JUAN, PR 00919-3617

A-Number:
240-396-953
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
03/11/2026

**ORDER OF THE IMMIGRATION JUDGE**

The immigration court has considered the request for an extension of time filed by the
☑ Respondent ☐ the Department of Homeland Security and orders that the request is:

☑ GRANTED, because:
  as a matter of discretion, the motion is granted.

This is the final extension of time that will be granted. The application / documents / brief is/are now due on 05/08/2026

☐ The reply is now due on
☐ DENIED, because:

Immigration Judge: Elvin R. Talavera-Peraza 03/11/2026

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : CEN MO, ROBERTO | A-Number : 240-396-953

Riders:

Date: 03/12/2026 By: Arroyo, Kevin, Court Staff